AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

PHILLIP HARRINGTON
also known as EASY

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __FEBRUARY 26, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __Shannon R. Day-Hill SPECIAL AGENT__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Shannon R. Day-Hill SPECIAL AGENT
ALCOHOL TOBACCO & FIREARM

Sworn to before me and subscribed in my presence,

_____ at       __Washington, D.C.__
Date                                 City and State

_____            _____
Name & Title of Judicial Officer     Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT**

    I, Shannon R. Day-Hill, being duly sworn, depose and state as follows:

1.    I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since August 2001. I am currently assigned to ATF Washington Group III. I have been a federal law enforcement officer since August of 1998. During my tenure as a federal law enforcement officer in Washington, D.C., and the surrounding metropolitan area, I have taken part in numerous federal and local criminal investigations involving narcotics or the use, possession and transfer of firearms. I have attended a number of schools and training sessions hosted by ATF, HIDTA and the Federal Law Enforcement Training Center at which I have received training in the various techniques of investigating crimes involving narcotics and firearms.

2.    As a result of my training and experience as a Special Agent, I have participated in several investigations where criminal complaints were obtained and arrests were made for violations of federal firearms and narcotics laws. As an ATF agent I have participated in the investigation and arrests of numerous individuals involved in drug trafficking and firearms violation.

3.    The facts and information contained in this affidavit are based upon my personal knowledge and information obtained from state and federal law enforcement officers. All observations referenced in this affidavit that were not personally made by me were related to me by the person who made such observations.

4.  This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed or known to the government.

5.  This affidavit is submitted in support of a criminal complaint charging **PHILLIP HARRINGTON** with possession with the intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1).

6.  On February 26, 2008, working in an undercover capacity, Metropolitan Police (MPD) Officer Speight arranged to meet a man known to him as "EASY" and later identified as Phillip Harrington to purchase sixty-two grams of crack cocaine from him. On February 27, 2008, Officer Speight met with Harrington in the Southeast section of Washington, DC. During the meeting, Harrington handed Officer Speight a clear sandwich bag containing nine smaller clear plastic bags of suspected crack cocaine. Officer Speight then handed Harrington $2,500.00 in prerecorded United States currency. Visual surveillance of the meeting was conducted by Metropolitan Police Department Officers (MPD) and ATF agents. The meeting was also monitored by MPD and ATF by means of an audio transmitter.

7.  On May 22, 2008, the Drug Enforcement Administration (DEA) provided a detailed analysis of the suspected crack cocaine purchased from HARRINGTON on February 27, 2008. Analysis determined that the suspected crack cocaine was cocaine base with a net weight of 60.5 grams.

8.  Working in an undercover capacity, Officer Speight also purchased crack cocaine from Harrington on January 31, 2008 (approximately thirty-one grams), February 7, 2008 (approximately thirty-one grams) and March 7, 2008 (approximately sixty-two grams).

9.  On June 6, 2008, MPD Officer Speight positively identified an April 24, 2008, MPD arrest photo of PHILLIP HARRINGTON, date of birth May 9, 1982, as the same man known as "EASY" whom he purchased an amount of crack cocaine from on January 31, 2008, February 7, 2008, February 27, 2008 and March 7, 2008.

10. Based on the foregoing, there is probable cause to believe that from on or about February 27, 2008, within the District of Columbia, the defendant, PHILLIP HARRINGTON did unlawfully, knowingly and intentionally possess with the intent to distribute crack cocaine, in violation of Title 21, U.S.C. Section 841(a)(1).

_____
Shannon R. Day-Hill
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me the __th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE