AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

PHILLIP HARRINGTON

**WARRANT FOR ARREST**

CASE NUMBER: 08-510-M-01

FILED

SEP - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PHILLIP HARRINGTON
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess with the intent to distribute crack cocaine

in violation of Title  21  United States Code, Section(s) § 841(a)(1).

RECEIVED WARRANT SECTION 2008 AUG 20 AM 8:27

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

AUG 1 9 2008      District of Columbia

Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 9/2/08 | NAME AND TITLE OF ARRESTING OFFICER AS PER RECORDING Officer Gerand Yong, SUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/2/08 | | |